UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA HALL and ERIC HEILNER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> ) <br> EVERY JUDGE, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No.  25-1239 (UNA) |

## ORDER

The above-captioned action submitted by two prisoners has been opened provisionally. Before the Court can consider the application to proceed *in forma pauperis*, ECF No. 2, and the *pro se* complaint, ECF No. 1, plaintiffs must provide the following information.

Federal law requires a prisoner filing a civil action to pay the statutory filing fee of $350.00, if proceeding *in forma pauperis*. *See* 28 U.S.C. § 1914. In accordance with the *in forma pauperis* provisions of the Prison Litigation Reform Act, plaintiffs must provide a <u>certified</u> copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action, obtained from the appropriate official of each prison where each plaintiff is or was confined. Thereafter, the Court will determine plaintiffs' ability to pay the entire filing fee in one payment. 28 U.S.C. § 1915(a)(2).

If the Court determines that plaintiffs do not have sufficient funds to pay the filing fee at one time, it must assess an initial partial filing fee. After payment of any initial partial filing fee, monthly payments of 20 percent of the deposits made to plaintiff's trust fund

1

account during the preceding month will be forwarded to the Clerk of the Court each time the account balance exceeds $10.00.  *See* 28 U.S.C. § 1915(b)(1)-(2).  Payments will continue until the filing fee is paid.

Accordingly, it is hereby

**ORDERED** that within **thirty (30) days** from the filing date of this Order, each plaintiff shall provide the above-requested account information.  In the alternative, plaintiffs may pay the $405 filing fee applicable to non-*in forma pauperis* civil actions.  Failure to comply with this Order within the time provided will result in dismissal of the case without prejudice.

**SO ORDERED**.

Date:  May 7, 2025                                                    /s/
                                                                                  RANDOLPH D. MOSS
                                                                                  United States District Judge